RECEIVED

OCT 09 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

5:18-cv-1111
Sec P

On the date 8-27-17 at approximately 11:55 p.m. I, **_Terence Williams_** was in the bathtub getting ready for bed, along with my wife, Anise Williams, who was in the bedroom at the Woodspring Suites Motel, room 331 located at 5725 financial plaza in Shreveport, Louisiana.

All of sudden, I , **_Terence Williams_**, heard a tremendous amount of yelling and knocking and commands from the Shreveport Police Department, at that time I immediately exited the bathtub and I stopped my wife from opening the door, until I could reveal my firearm to the police.  I removed my firearm from the night stand, I removed a loaded clip and I also pulled the chamber back to view that there was no live rounds remaining, and with the latch applied over the door, I opened the door enough to slide my empty firearm into their view, I kneeled down to ease it out the door, I closed the door back, and hurriedly rushed to put some pants on.

However the police gained entry via way of the master key just as I had returned to the door. Officer Snyder tackled me upon entry, I had my left hand holding my pants up, and my right hand up in attempt to explain there was nothing going on. I landed on my back when Officer Snyder tackled me, Officer Snyder has his forearm in my throat, I immediately displayed both my hands together, raised wrist to wrist, to show relinquishment, Officer Snyder moved from top of me to my right side and commenced to beating me with his closed fist to my left side face, ribs, saying stop resisting as I kept my hands together raised as high as I could in the air.

Officer J. Cole followed immediately behind Officer Snyder.  Officer J. Cole was beating me in my stomach, my legs, and kept trying to push my hands down, and pin me down by my legs, and she kept saying stop resisting, stop resisting, she also kept telling my wife to stay back mam, stand back, Officer J. Cole began calling for backup, all this time I couldn't say anything as I braced myself for the punches I was receiving.  I put up no resistance other than my hands being raised together in a surrender mode position, I could have easily been handcuffed, and I remained on my back this whole time during the altercation.  Officer Sgt. Rose saw I was on the floor on my back with my hands up together but he immediately rushed to my right side and shot his tazor into my right arm just above the bend in my elbow, on the inside.

I pulled the tazor from my arm, he shot again and connected below my ribs.  I pulled the tazor out, he shot again and connected behind my right knee I pulled the tazor out. He threw the tazor gun down and came to my left side and made several elbow drops into my ribs and also some knee drops to my ribs, he came back to my right side and pulled his baton and asked Officer Snyder where should he hit me, on my arms or legs and Officer Snyder helped Officer Sgt. Rose how my right leg down while he hit my legs with his baton, Officer J. Cole called for more backup, Officer Snyder was still beating me. Officer Jenkins showed up and started beating me on my left side and helped to hold me down, Officer James came in beating me, and held me down as Officer Snyder beat me until he was tired.  I asked Officer Snyder quote "so it's like that, is this how you do innocent people to be able to make an arrest, to beat them up and say they was resisting " unquote.

I was crying and very busted up.  I was then knocked unconscious, I saw that I had been dragged approximately 6 feet to the right to inside the restroom which is immediately to the left upon entry of the room. I saw I was still on my back and that officer Snyder had my right arm handcuffed Officer Cpl. J.P. Saiz were standing on my feet and Officer Snyder was trying to push my cuffed arm under my back unsuccessfully, but constantly pushing to my back, but he was nowhere close to being

past my ribs or back, no other officer helped to raise my back up while I was unconscious, that's when I arched my back and pulled my own left arm behind me to help Officer Snyder make a connection. I was handcuffed and transported to the city jail and booked in, and again transported to the Caddo Correctional Center and booked in. I was then placed in the medical ward for two more days, and afterwards I was placed in Men's Mental Health ward for approximately 2 weeks, and from there I was released into general population dorms, I was falsely accused and falsely identified as another Terance Williams from New Orleans who have several felony convictions.  He is 5'4" I am 5'11", his birthday is 11/20/67, and my birthday is 11/27/66. I don't know if Officer Cpl. J.P. Saiz has any assistance in beating me, I only recall he was holding me down by standing on my feet when I has awakened.

I am an innocent victim, and a law abiding citizen with no felony convictions.  The procedure I used to reveal my empty firearm into the officers view, are the results and benefits from the training I've received in concealed weapons class, and I am very much appreciative of the training. If I would've kept my weapon in the room I could've been killed. I always place my empty firearm into a police officer's view when I am confronted by police and authority, in turn police, troopers, sheriffs, DEA, etc. will confiscate my firearm run a check on my serial number and return my firearm to me.

I remained incarcerated at CCC from 8/28/17 until July 26, 2018 on the date 2/28/18 I was time served and free to go if I plead to the felony charges of resisting arrest with force or violence, battery of an officer, disarming an officer and simple criminal damages, I pleaded not guilty and came before the court in a jury trial on the week of 7-23-18 and found not guilty of felonies on 7-25-18 and released on 7-26-18.

I am still in the process of doctor's care, my back, hips, and knees, the injuries sustained at the time of the incident are having reoccurring affects, leaving me with limited mobility and can hardly work to the best of my ability, and it causes me poor performance, at the workplace. I have no more tools or equipment and I have become indebted with mortgage, and bills, and loss of transportation, and storage unit, and my wages have been cut off.  I ask and plead that this conviction be overturned and reversed, and at the mercy of the court, I ask to be compensated for these inconveniences.

I declare my true oath before the undersigned notary public that I was not guilty of any form of resistance on the date in question, I only have proof of the records, and the police would not comply to having body camera(s) but only have audio, which was presented to me by my lawyer, police claim to have had no video, and I did not get compliance from motel surveillance. I only have the evidence that police used against me.  I have been falsely accused and a victim of excessive force, malicious prosecution, false arrest, I would like to be treated with justice.

Sincerely,

Terence Williams

Terence Williams

IRENE HOLCOMB
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 10-13-2025
Commission # 12692422

10/4/18

Irene Holcomb, Notary Public