**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| TERENCE B. WILLIAMS | CIVIL ACTION NO. 18-1111-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| J.S. COLE, ET AL. | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Terence B. Williams' claims against the Shreveport Police Department are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as frivolous until the Heck conditions are met.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 14th day of November, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT